HENRY VERADT, petitioner. HENRY VERADT *vs.* GORDON ELI STEELE. October 4, 1958. Bill of exceptions established. Exceptions overruled. The petition to establish the truth of the plaintiff's exceptions is allowed, the defendant consenting. This is an action of tort for negligently causing the plaintiff to fall through an opening in the floor of a barroom where the defendant was installing a cooling system. A verdict for the defendant was rightly ordered. The evidence leaves the cause of the plaintiff's injuries a matter of conjecture.

*J. Fuller Morgan,* for the petitioner

*Thomas D. Burns, (Lee H. Kozol* with him,) for the respondent.